RECEIVED
IN LAKE CHARLES, LA.

JUN 13 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

June 9 - 2011

Docket CASE #: 2:08
08 CR 00352 - PM - KK - 1
Appeals court case 09-30298 5CCA

Dear Clerk,
   Could you please file these papers to the court of Judge Patricia Minaldi. For I have no attorney at this time to send to. I've got a resentencing date set for July 2011 and I cant travel with this material.

Sincery,
Daniel Phillips

Daniel Travis Phillips
20903-045
USP Hazelton
PO Box 2000
Bruceton mills W VA 26525

✧20903-045✧
Daniel Phillips
Usp-haz #20903-045
P.O. Box 2000
Bruceton Mills, WV - 26525
United States

Legal mail

United States Courthouse and federal building
Clerk of Court
611 Broad St Suite 188
Lake Charles, LA
70601